1

2                    IN THE UNITED STATES DISTRICT COURT

3                    FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7    JOHNNY ANGEL ROMERO,

8            Plaintiff,                    CV F 04 6450 OWW WMW P

9

10           vs.                           ORDER RE: FINDINGS &
                                           RECOMMENDATIONS (#17)
11
     RICHARD LARSON, et al.,
12
             Defendants.
13

14

15
             Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter
16
     was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local
17
     Rule 72-302.
18
             On November 5, 2007, findings and recommendations were entered,
19
     recommending dismissal of this action for failure to prosecute. Plaintiff was provided an
20
     opportunity to file objections within twenty days.   Plaintiff has not filed objections to the
21
     findings and recommendations.
22
             In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule
23
     73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the
24
     entire file, the court finds the findings and recommendations to be supported by the record and
25
     proper analysis.
26
                                              1

1      Accordingly, THE COURT HEREBY ORDERS that:

2          1.  The Findings and Recommendations issued by the Magistrate Judge on

3   November 5, 2007, are adopted in full; and

4          2.  This action is dismissed for without prejudice failure to prosecute.  The Clerk

5   is directed to close this case.

6

7

8

9

10   IT IS SO ORDERED.

11   **Dated:    December 12, 2007**          _____/s/ Oliver W. Wanger_____
                                            UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26